**STATE of Missouri, Respondent,**

v.

**Edgar E. COLEMAN, Defendant-Appellant.**

**No. ED 101891**

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: August 25, 2015

Samuel Buffaloe, 1000 West Nifong, Bldg. 7, Suite. 100, Columbia, MO 65203, for Appellant.

Chris Koster, Atty. Gen., Dora A. Fichter, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

## ORDER

### PER CURIAM

The defendant, Edgar Coleman, appeals the judgment and sentence entered by the Circuit Court of St. Louis County following his conviction by a jury of three counts of resisting arrest, in violation of section 575.150 RSMo. (Supp. 2014), and one count of burglary in the first degree, in violation of section 569.160 RSMo. (2000 & Supp. 2014). The trial court sentenced the defendant as a prior and persistent offender to seven years of imprisonment on each of the three counts of resisting arrest, and to 15 years on the burglary count, all sentences to be served concurrently. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 30.25(b).